13802.   STRICKLAND *v.* BLACKMAN.

BROYLES, C. J. Under the charge of the court and in view of the amount of the verdict, and of the other particular facts of the case, none of the special grounds of the motion for a new trial show reversible error; the verdict was authorized by the evidence and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 14, 1922.

Complaint; from Haralson superior court — Judge Irwin. June 17, 1922.

*Griffith & Matthews,* for plaintiff in error.

*Edwards & Edwards,* contra.